**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>MYRA HARDEN MCDAY<br><br>Debtor(s) | Case No. 12-18347 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/04/2012.

2) The plan was confirmed on 07/09/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/12/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/24/2013.

5) The case was dismissed on 03/24/2014.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $24,361.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,125.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,125.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,079.78 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $45.22 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,125.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| AVENUE/WORLD FINANCIAL NETWO | Unsecured | 626.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| BRIGHTON FINANCIAL LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| CASHNET500 | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| CHEST MEDICAL CONSULTANTS | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING ASSOC LLC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO ORTHOPAEDIC & SPORTS | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,000.00 | 2,247.40 | 2,247.40 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH MEDICAL GROUP | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| COMPLETE CREDIT SOLUTION | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICES | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 33,633.00 | 33,901.97 | 33,901.97 | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 7,922.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 5,913.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL GROUP HOLDINGS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICES | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| HARVARD MEMORIAL HOSPITAL | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| ICS/IL COLL SVC | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 1,132.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS MEDI CAR | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY | Unsecured | 632.00 | 633.56 | 633.56 | 0.00 | 0.00 |
| INSOLVE RECOVERY | Unsecured | 444.00 | 1,191.77 | 1,191.77 | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKE PARK ANES PAIN MGT | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| LAKESHORE ID ASSOCS | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| LAKEVIEW ENDOCRINOLOGY | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| MARIN | Unsecured | 1,182.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 271.00 | 261.43 | 261.43 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN YES | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | NA | 461.92 | 461.92 | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 982.00 | NA | NA | 0.00 | 0.00 |
| POMPILIO TUDORIU MD | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 419.00 | 419.44 | 419.44 | 0.00 | 0.00 |
| RESURRECTION MEDICAL GROUP | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION SERVICES | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 59.00 | 59.82 | 59.82 | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 4,100.00 | NA | NA | 0.00 | 0.00 |
| SJH INTERV RADIOLOGY | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 1,132.00 | 1,132.00 | 1,132.00 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| THE SCOOTER STORE | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| TIOR CAPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY EYE SPECIALIST | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 423.00 | 325.01 | 325.01 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$40,634.32** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,125.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,125.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/03/2014          By: /s/ Tom Vaughn
                                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**